**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dionisio A. Batista<br>aka Dionicio A. Batista<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-11171 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A. and index same on the master mailing list.

> Respectfully submitted,
> **/s/ Rebecca A. Solarz, Esq**
> Rebecca A Solarz, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106-1532
> (215) 627-1322