## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dionisio A. Batista                              CHAPTER 13
   aka Dionicio A. Batista

              BKY. NO. 19-11171 REF

       Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

         Respectfully submitted,
         **/s/ Kevin G. McDonald, Esq.**
         Kevin G. McDonald, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322