**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dionisio A. Batista aka Dionicio A. Batista<br>         Debtor | CHAPTER 13 |
| CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A.<br>         Movant<br>         vs. | NO. 19-11171 AMC |
| Dionisio A. Batista aka Dionicio A. Batista<br>         Debtor | |
| Scott Waterman<br>         Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1239 Butler Street, Reading, PA 19601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 11, 2019**

_____
United States Bankruptcy Judge.

Dionisio A. Batista aka Dionicio A. Batista
1239 Butler Street
Reading, PA 19601

John A. DiGiamberardino Esq.
845 N. Park Road, Ste. 101 (VIA ECF)
Wyomissing, PA 19610

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532