United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11171-amc
Dionisio A Batista                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Jul 12, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db             +Dionisio A Batista,    1239 Butler Street,    Reading, PA 19601-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
     JOHN A. DIGIAMBERARDINO    on behalf of Debtor Dionisio A Batista jad@cdllawoffice.com,
      dmk@cdllawoffice.com
     KEVIN G. MCDONALD    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
      F.A. bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
      F.A. bkgroup@kmllawgroup.com
     ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com, ecf_frpa@trustee13.com
     SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                 TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dionisio A. Batista aka Dionicio A. Batista<br>　　　　　　Debtor | CHAPTER 13 |
| CU MEMBERS MORTGAGE, A DIVISION OF<br>COLONIAL SAVINGS, F.A.<br>　　　　　　Movant<br>　　　vs. | NO. 19-11171 AMC |
| Dionisio A. Batista aka Dionicio A. Batista<br>　　　　　　Debtor | |
| Scott Waterman<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1239 Butler Street, Reading, PA 19601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 11, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Dionisio A. Batista aka Dionicio A. Batista
1239 Butler Street
Reading, PA 19601

John A. DiGiamberardino Esq.
845 N. Park Road, Ste. 101 (VIA ECF)
Wyomissing, PA 19610

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532