```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                  Case No. 19-11171-amc
Dionisio A Batista                                                      Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                    Page 1 of 2                  Date Rcvd: Jul 25, 2019
                              Form ID: pdf900               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +Dionisio A Batista,    1239 Butler Street,    Reading, PA 19601-1730
smg            +Bureau of Audit and Enforcement,    City of Allentown,     435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,     Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14279141       +American Coradius International LLC,     2420 Sweet Home Rd., Ste. 150,    Buffalo, NY 14228-2244
14299932       +CU MEMBERS MORTGAGE,    c/o Rebecca A Solarz, Esquire,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14279143       +Convergent Outsourcing, Inc.,    800 SW 39th St., Ste. #100,     P.O. Box 9004,
                 Renton, WA 98057-9004
14279144       +Dilenia Batista,    1239 Butler Street,    Reading, PA 19601-1730
14279145       +General Service Bureau,    P.O. Box 641579,    Omaha, NE 68164-7579
14293203       +John A. DiGiamberardino, Esquire,     Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
14279146       +KML Law Group, P.C.,    701 Market St., Ste. 5000,     BNY Independence Ctr.,
                 Philadelphia, PA 19106-1541
14279148       +St. Joseph Regional Health Network,     P.O. Box 4545,    Lancaster, PA 17604-4545
14279149       +St. Joseph Regional Health Network,     P.O. Box 4985,    Lancaster, PA 17604-4985
14279150       +T Mobile,    P.O. Box 3097,   Bloomington, IL 61702-3097
14279151      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,      P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026)
14328281       +Toyota Motor Credit Corporation,    KML LAW GROUP, P.C.,     701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14301465       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14327736       +Toyota Motor Credit Corporation c/o Kevin G. McDon,     701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14279152       +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517
14289096        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14279142       +E-mail/Text: bankruptcydesk@colonialsavings.com Jul 26 2019 03:22:42
                 Colonial Savings & Loan,    2600 West Fwy,    Fort Worth, TX 76102-7109
14310011       +E-mail/Text: bankruptcydesk@colonialsavings.com Jul 26 2019 03:22:42     Colonial Savings F.A.,
                 2626 W FWY,   Fort Worth, TX 76102-7109
14279147       +E-mail/PDF: cbp@onemainfinancial.com Jul 26 2019 03:23:29     One Main Financial,
                 P.O. Box 1010,   Evansville, IN 47706-1010
14282714       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2019 03:24:15     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14284550       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2019 03:23:37     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa             Page 2 of 2             Date Rcvd: Jul 25, 2019
                              Form ID: pdf900        Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Dionisio A Batista jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
               F.A. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
               F.A. bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DIONISIO A BATISTA

: Chapter 13

Debtor(s)

: Bankruptcy No. 19-11171AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

BY THE COURT

_____
Ashely M. Chan, B.J.

Date: July 25, 2019

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN A DI GIAMBERARDINO ESQ
CASE & DI GIAMBERARDINO PC
845 N PARK ROAD STE 101
WYOMISSING PA 19610-

DIONISIO A BATISTA
1239 BUTLER STREET
READING, PA 19601-